

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

---

*Jordan M. Anger*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*
*Newark, New Jersey 07102*
*jordan.anger@usdoj.gov*

*main: (973) 645-2700*

March 26, 2026

**Via ECF**
Honorable Robert Kirsch, U.S.D.J.
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

        Re:   *Santos Lazo v. Soto et. al,* No. 26-2639
               **Status Update**

Dear Judge Kirsch:

    This Office represents Respondents in the above-referenced habeas matter. We respectfully write in accordance with the Court's March 18, 2026 Order (ECF #3) to inform the Court that on March 26, 2026, the Elizabeth Immigration Court conducted a custody redetermination concerning Petitioner pursuant to 8 C.F.R. § 1236. The Elizabeth Immigration Court granted Petitioner's request for a change in custody status and ordered that Petitioner be released from custody on $10,000.00 bond. *See* Ex. 1 at 1 (Mar. 26, 2026 Order of Immigration Judge Shana Chen). As a result, we respectfully request that the Court close this matter.

    Once again, we apologize for the scheduling error that occurred delaying Petitioner's bond hearing.

                    Respectfully submitted,

                    ROBERT FRAZER
                    United States Attorney

**SO ORDERED**

By:   *s/ Jordan M. Anger*
       JORDAN M. ANGER
       Assistant United States Attorney

**Robert Kirsch, U.S.D.J.**
**Date:** *March 30, 2026*

                    *Attorneys for Respondents*

cc: Petitioner's counsel (via ECF)